FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 30  AM 11: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-319 |
| v. | * | SECTION: "D" |
| HARRY HANDY | * | |

\* \* \*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that in the above-captioned matter, Tony Gordon Sanders be substituted for John Morrello as counsel of record for the United States of America.

New Orleans, Louisiana this 29th day of January, 2007.

HONORABLE A. J. McNAMARA
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process ___
_X_ Dktd _____
___ CtRmDep __
___ Doc. No. __