FILED '08 JUL 25 15:10 USDC-LAE

LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| BRANDON SMITH | ) Case No: 00-319 "D" |
|  | ) USM No: 27265-034 |
| Date of Previous Judgment: 07/25/2001 | ) Roma Kent |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188 months__ months is reduced to __160 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 31              Amended Offense Level: 29
Criminal History Category: IV           Criminal History Category: IV
Previous Guideline Range: 151 to 188 months      Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
The court has considered all relevant factors, including the nature of the offense, defendant's prior history, and defendant's post-conviction conduct. See 18 U.S.C. §3582(c)(2) and U.S.S.G. §1B1.10. The court particularly notes the defendant's post-conviction conduct.

**III. ADDITIONAL COMMENTS**
This reduction in sentence applies to Counts 1 through 7 of the Superseding Indictment.

Except as provided above, all provisions of the judgment dated __07/25/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/25/2008

Effective Date: 08/08/2008
(if different from order date)

A.J. MCNAMARA, U. S. DISTRICT JUDGE
Printed name and title

__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No_____