UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-319 |
| BRANDON SMITH | * | SECTION: "D" |

**MOTION AND INCORPORATED MEMORANDUM
FOR EXTENSION OF TIME WITHIN WHICH TO FILE
NOTICE OF APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Brandon Smith, who respectfully requests an extension of time within which to file a Notice of Appeal to the Fifth Circuit Court of Appeals from the judgment of the district court.

The United States District Court rendered its Order on the Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(2) on July 25, 2008, and the judgment was entered into the record on July 28, 2008. Counsel spoke with Brandon Smith on August 14, 2008, and was informed of Smith's desire to file an appeal. Due to the defendant's incarceration at Forrest City FCI, he did not receive the order until recently. Undersigned calculated the date for the filing of the Notice of Appeal, which would have been August 11,

2008.

According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within ten days "after the entry of the judgment or order appealed from." The district court may "extend the time for filing a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this subdivision."

**WHEREFORE,** defendant respectfully requests an extension of time, or until September 10, 2008, within which to file a Notice of Appeal to the Fifth Circuit Court of Appeals from the judgment of the district court.

Respectfully submitted, this 14th day of August, 2008.

> VIRGINIA LAUGHLIN SCHLUETER
>  Federal Public Defender
>
>
> /s/ GARY V. SCHWABE, JR.
> GARY V. SCHWABE, JR.
> Assistant Federal Public Defender
> 500 Poydras Street
> Hale Boggs Federal Building, Room 318
> New Orleans, Louisiana 70130
> (504)589-7930
> E-mail: gary_schwabe@fd.org
> Bar Roll No. 19780

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Carol Michel, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

    /s/ GARY V. SCHWABE, JR.
    GARY V. SCHWABE, JR.
    Assistant Federal Public Defender