UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-319 |
| BRANDON SMITH | * | SECTION: "D" |

**NOTICE OF APPEAL TO THE**
**FIFTH CIRCUIT COURT OF APPEALS**
**FROM THE JUDGMENT OF THE DISTRICT COURT**

Notice is hereby given that Brandon Smith, defendant herein, appeals to the United States Court of Appeals from the judgment of the United States District Court, Honorable A.J. McNamara, United States District Judge. The United States District Court rendered its Order on the Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(2) on July 25, 2008, and the judgment was entered into the record on July 28, 2008.

According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within ten days "after the entry of the judgment or order appealed from." The district court may "extend the

time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this subdivision."  A Motion for Extension of Time Within Which to File Notice of Appeal was filed on August 14, 2008.

**WHEREFORE,** this Notice of Appeal is timely filed and hereby notices the court of Mr. Smith's desire to appeal said judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted this 14th day of August, 2008.

                VIRGINIA LAUGHLIN SCHLUETER
                Federal Public Defender


                /s/ GARY V. SCHWABE, JR.
                GARY V. SCHWABE, JR.
                Assistant Federal Public Defender
                500 Poydras Street
                Hale Boggs Federal Building, Room 318
                New Orleans, Louisiana 70130
                (504)589-7930
                E-mail: gary_schwabe@fd.org
                Bar Roll No. 19780

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Carol Michel, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/GARY V. SCHWABE, JR.
GARY V. SCHWABE, JR.