UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-319 |
| BRANDON SMITH | * | SECTION: "D" |

**O R D E R**

The foregoing considered,

**IT IS HEREBY ORDERED** that defendant, Brandon Smith, is granted an extension of time, or until September 10, 2008, within which to file a Notice of Appeal to the Fifth Circuit Court of Appeals from the judgment of the district court.

**IT IS FURTHER ORDERED** that the defendant, Brandon Smith, is granted Leave of Court to file the Notice of the Appeal.

New Orleans, Louisiana, this _____ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE