**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

*FILED SEP 9 2008 LORETTA G. WHYTE CLERK*

September 9, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO 08-30832

IN RE: USA V BRANDON SMITH      CR 00-319 D

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

___ 4) This case is proceeding *in forma pauperis*

___ 5) Order Appointing Counsel  ___ CJA-20  ___ FPD

___ 6) District Judge Entering the final judgment is _____

___ 7) Court Reporter assigned to the case_____

___ 8) If criminal case, number and names of other defendants on appeal

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

_x_ 1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record    ___ Volume(s) of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___envelope ___ expansion folder

___ 2) Supplemental record _____

_x_ 3) SEALED DOCUMENT  doc# 391

___ 4) Other _____

Very truly yours,

By___Alicia Phelps_____
   Deputy Clerk

___ Fee
___ Process
___ Dktd
_x_ CtRmDep
___ Doc. No.