UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
    Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

September 15, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO  08-30832

IN RE: USA  V  BRANDON SMITH         CR 00-319  D

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 15 2008
LORETTA G. WHYTE
CLERK*

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge Entering the final judgment is _____

___ 7) Court Reporter assigned to the case_____

___ 8) If criminal case, number and names of other defendants on appeal

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Electronic Copy of Record on appeal:

   ___ Volume(s) of record       ___ Volume(s) of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___envelope ___ expansion folder

 x   2) **Certified** Supplemental record  **docs 392, 395, 396**

___ 3) SEALED DOCUMENT_____

___ 4) Other _____

                            Very truly yours,

                            By   Alicia Phelps
                                 Deputy Clerk